IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN R. WALSH, III | : | CIVIL ACTION |
| *Plaintiff Pro se* | : | |
| | : | |
| v. | : | |
| | : | |
| JUDGE CONABOY and | : | NO. 16-1234 |
| MAGISTRATE JUDGE MEHALCHICK | : | |
| *Defendants* | : | |

## ORDER

**AND NOW**, this 12th day of July, 2016, upon consideration of Plaintiff John R. Walsh, III's, motion to proceed *in forma pauperis* (Document No. 2), and the complaint (Document No. 1), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. The complaint is **DISMISSED** with prejudice for the reasons stated in the Court's memorandum.

3. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*